**Frances Baumgardner, Appellee, v. Paul Boyer, Appellant.**

Gen. No. 42,429.

opinion
filed November 4, 1943. Sears, O'Brien & Streit and Charles F. Short, Jr., for appellant; Barnabas F. Sears, Charles F. Short, Jr., and Ralph C. Putnam, Jr., of counsel; Richard G. Finn and David C. Ruttenberg, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full.